Anthony S. Petru, State Bar No. 91399
Paula A. Rasmussen, State Bar No. 258352
Charles S. Bracewell, State Bar No. 284985
**HILDEBRAND, McLEOD & NELSON, LLP.**
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA   94612-2006
TEL:    (510) 451-6732
FAX:    (510) 465-7023

Attorneys for Plaintiff
STEVEN ALLEN


Melissa A. Sandoval, State Bar No. 272669
**UNION PACIFIC RAILROAD COMPANY**
13181 Crossroads Pkwy North, Suite 500
City of Industry, CA 91746
TEL:    (562) 566-4630
FAX:    (402) 997-3230

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| STEVEN ALLEN, | CASE NO. 2:18-cv-03219-WBS-KJN |
| PLAINTIFF, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | |
| Defendant. | |

///

///

///

///

///

///

///

The parties to this action, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against Defendant, with each party to bear their own costs and attorney's fees.

The parties attest that concurrence in the filing of the foregoing document has been obtained from each of the signatories below.

///

DATED:   July 28, 2020

HILDEBRAND, McLEOD & NELSON, LLP

By: /s/ Paula Rasmussen
PAULA A. RASMUSSEN
Attorneys for Plaintiff
SEAN B. HINES

DATED:   July 28, 2020

UNION PACIFIC RAILROAD COMPANY

By: /s/ Melissa Sandoval
MELISSA A. SANDOVAL
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**ORDER**

The Stipulation is approved. The entire action, including all claims stated herein against Defendant, is hereby dismissed with prejudice.

Dated: August 5, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE